THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILIP ORLANDO, Appellant.

Submitted April 18, 1955; decided April 21, 1955.

Motion for reargument denied. [See 304 N. Y. 805.]